PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: WESTERN DISTRICT OF TEXAS |
|---|---|
| Name (under which you were convicted): JAN ABRAHAM NEL | Docket or Case No.: FILED JUN 01 2021 CLERK, U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY DEPUTY |
| Place of Confinement: Reeves County Detention Center 3 | Prisoner No.: 9731038 |
| Petitioner (include the name under which you were convicted) JAN ABRAHAM NEL | Respondent (authorized person having custody of petitioner) v. EL PASO COUNTY DISTRICT ATTORNEY JAIME ESPARZA |
| The Attorney General of the State of: PATRICKSON | |

PETITION     EP21CV0125

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   210th DISTRICT COURT, EL PASO, TEXAS

   (b) Criminal docket or case number (if you know): 20170D02200-210

2. (a) Date of the judgment of conviction (if you know): MARCH 24, 2017 - October 31, 2017

   (b) Date of sentencing: N/A

3. Length of sentence: N/A

4. In this case, were you convicted on more than one count or of more than one crime?   ■ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   6 Counts, TRAFFICKING OF PERSONS

6. (a) What was your plea? (Check one)

   ■ (1) Not guilty      ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty          ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  N/A.

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only    N/A

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☐ No    N/A

8. Did you appeal from the judgment of conviction?

☐ Yes    ☐ No    N/A

9. If you did appeal, answer the following:

(a) Name of court: N/A

(b) Docket or case number (if you know): N/A

(c) Result: N/A

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): N/A

(f) Grounds raised: N/A

(g) Did you seek further review by a higher state court?    ☐ Yes    ■ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

AO 241 (Rev. 09/17)

    (4) Date of result (if you know):

    (5) Citation to the case (if you know):

    (6) Grounds raised:

   (h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ■ No

    If yes, answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☐ Yes  ■ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☐ No

    (7) Result:

(8) Date of result (if you know): 

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____ N/A .

(2) Docket or case number (if you know): 

(3) Date of filing (if you know): 

(4) Nature of the proceeding: 

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No   N/A

(7) Result: 

(8) Date of result (if you know): 

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ N/A

(2) Docket or case number (if you know): 

(3) Date of filing (if you know): 

(4) Nature of the proceeding: 

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?   N/A

(1) First petition:   ☐ Yes   ☐ No
(2) Second petition:  ☐ Yes   ☐ No
(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Statge 3 of retaliated prosecution started with Federal charges and was distracted to fight for a ~~§~~ life sentance in Federal courts. Also this case was ~~distrist~~.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** This was false charges out of Retaliation and false prosecution round 2 for the perpouse of seperation and false imprisonment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attachment

Exhibit A.

(b) If you did not exhaust your state remedies on Ground One, explain why: I was so very overwhelmed by this unthinkable, uncomprehensable and totaly devestated sudden unfair prosecution I ~~dont~~ didn't know where and how to deal with this untill maybe October 2020.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No  N/A.

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

■ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Texas Habeas corpus Article 11.07.

Name and location of the court where the motion or petition was filed: El Paso County Texas.

Docket or case number (if you know): 20160D02824-210-2.

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ■ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ■ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A.

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

pending.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:  N/A.

**GROUND TWO:**   See exhibit A.
                  See PE: 20-CV-0048-DC.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See exhibit A.
See PE: 20-CV-0048-DC.

(b) If you did not exhaust your state remedies on Ground Two, explain why:  N/A.

(c)  **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why:  N/A.

(d)  **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ■ Yes   ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition:  Habeas Corpus 28 USC 2241

   Name and location of the court where the motion or petition was filed:

   United States District Court, Western District of Texas, Pecos, Division.

   Docket or case number (if you know):  PE: 20-CV-0048-D.C.

Date of the court's decision: _Dismiss_

Result (attach a copy of the court's opinion or order, if available): _Dismiss - Subject matter Jurisdiction._

(3) Did you receive a hearing on your motion or petition?    ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A._

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_The Clerk of the Court Pecos Division send me an application 42 USC 1983._

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _See EP: 20-CV-249-FM EP: 20-CV-00242-FM, EP: 20-CV-248-FM._

**GROUND THREE:** _N/A_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why: N/A

(c) **Direct Appeal of Ground Three:** N/A

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:** N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
N/A.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A.

**GROUND FOUR:** N/A.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:** N/A.

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:** N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

13. Please answer these additional questions about the petition you are filing:   N/A.

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☐ No   N/A.

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☐ No   N/A.

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: There was no preliminary hearing to my knowledge Micheal Robert Gibson and Rene Vasquez.

    (b) At arraignment and plea: Micheal Robert Gibson.

    (c) At trial:

    (d) At sentencing:

    (e) On appeal:

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ■ Yes   ☐ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: United States District Court, Western District Of Texas, El Paso Division EP: 017-CR-2152-DB.

    (b) Give the date the other sentence was imposed: October 29, 2019

    (c) Give the length of the other sentence: 46 months of false imprisonment.

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ■ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*



---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *I ask this HONORABLE COURT for all evidence, court records, warrants, grand jury statements and minutes, affidavits, interview transcripts, discovery, witnesses and list of witnesses,* or any other relief to which petitioner may be entitled. *The validity of the charges and reason why the DA's Office was not prepared to go to trial.*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *May 28, 2021* (month, date, year).

Executed (signed) on *May 26, 2021* (date).

*Jan Abraham* 
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Page 16 of 16

From: Jay Abraham Nel
USMS # 97310380
Reeves County
Detention Center 3.
P.O. Box 2038
Pecos, Tx 79772
USA

7020 1290 0001 0598 3636

To: United States District Cou...
United States Court House
Clerk of the Court
525 Mcgoffin Ave
Suit 105
EL PASO, Tx 79901
USA.

Mailing Date 5/28/21   Court fee's money order Certify
Please Record.